UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**10 MISC 0006**

------------------------------x
:
IN RE: :
:
LOCAL CIVIL RULE 1.8 : M10-468
Photographs, Radio, Recordings, Television : ORDER
:
------------------------------x



At its meeting of November 17, 2010 the Board of Judges approved amendments to Local Civil Rule 1.8 effective November 17, 2010, as follows:

**Local Civil Rule 1.8. Photographs, Radio, Recordings, Television**

No one other than court officials engaged in the conduct of court business shall bring any camera, transmitter, receiver, portable telephone or recording device into any courthouse ~~or its environs~~ without written permission of a judge of that court.

~~Environs as used in this rule shall include the entire United States Courthouse property, including all entrances to and exits from the buildings.~~

[Source: Former Local General Rule 7.]

SO ORDERED.

_____
Loretta A. Preska
Chief Judge

Dated:   December 7, 2010
         New York, New York

c:\elly\orders\localcivilrule 1.8 - dec 2010.wpd

PROPOSED CHANGE TO LOCAL CIVIL RULE 1.8

**Local Civil Rule 1.8. Photographs, Radio, Recordings, Television**
No one other than court officials engaged in the conduct of court business shall bring any camera, transmitter, receiver, portable telephone or recording device into any courthouse ~~or its environs~~ without written permission of a judge of that court.

~~Environs as used in this rule shall include the entire United States Courthouse property, including all entrances to and exits from the buildings.~~

[Source: Former Local General Rule 7.]